UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Riza Cater**, | ) |
| | ) Case No. 1:09-cv-487 |
| Plaintiff, | ) |
| | ) Hon. Janet T. Neff |
| v. | ) |
| | ) |
| **GC Services Limited Partnership**, | ) |
| a Delaware limited partnership, and | ) |
| **Shenette O'Neal**, an individual, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**Notice of Settlement**

All parties have agreed to settle this lawsuit with prejudice and intend to file a Stipulation of Dismissal no later than Tuesday, October 27, 2009.

Dated: October 13, 2009        /s/ Phillip C. Rogers
                               Phillip C. Rogers (P34356)
                               Attorney for Plaintiff
                               40 Pearl Street, N.W., Suite 336
                               Grand Rapids, Michigan 49503-3026
                               (616) 776-1176
                               ConsumerLawyer@aol.com