UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RIZA CATER,

    Plaintiff,                                             Case No. 1:09-cv-487

v.                                                       HON. JANET T. NEFF

GC SERVICES LIMITED
PARTNERSHIP, et al.,

    Defendants.
_____/

## ORDER

    This Court having been informed by Notice of Settlement (Dkt 36) submitted by plaintiff's counsel, Phillip Rogers, of the parties' agreement to settle this matter;

    **IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared by counsel for entry by Janet T. Neff, United States District Judge, shall be filed with the Court by November 13, 2009.

DATED: October 14, 2009                                 /s/Janet T. Neff
                                                                       JANET T. NEFF
                                                                       United States District Judge