UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| RIZA CATER, | ) | |
| | ) | |
| Plaintiff | ) | Case No.  1:09-cv-487 |
| | ) | |
| VS. | ) | Honorable Janet T. Neff |
| | ) | |
| GC SERVICES LIMITED PARTNERSHIP, | ) | |
| a Delaware limited partnership, and | ) | |
| SHENETTE O'NEAL, an individual | ) | |
| | ) | |
| Defendants. | ) | |

_____

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties, through undersigned counsel, stipulate to the dismissal of this matter, on the merits, with prejudice, all parties to bear their own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)

DATED this 18th day of November, 2009.


/s/ **Phillip C. Rogers**_____
Phillip C. Rogers (P34356)
40 Pearl Street, N.W., Ste. 336
Grand Rapids, MI 49503
(616) 776-1176
Fax: (616) 776-0037
ConsumerLawyer@aol.com
Attorneys for Plaintiff

/s/ **Curtis R. Hadley**_____
Curtis R. Hadley (P32160)
WILLINGHAM & COTÉ, P.C
333 Albert Ave., Ste 500
E. Lansing, MI 48823
(517) 351-6200
Fax: (517) 351-1195
chadley@willinghamcote.com
Attorneys for Defendants GC Services
Limited Partnership and Shanette O'Neal